No. 17,101.

JACOBS, EXECUTRIX ET AL. *v.* KAEPERNIK.

(266 P. [2d] 1111)

Decided February 15, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. SAMUEL CHUTKOW, Mr. NOAH A. ATLER, Mr. NATHAN L. BAUM, Mr. ARNOLD M. CHUTKOW, Mr. DEON DREFKE, for plaintiffs in error.

Messrs. KREAGER & SUBLETT, for defendant in error.